UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                         Plaintiff,

-against-

                                                               Case No. 7:17-mj-4570

Michael P. O'Malley

                         Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                               SO ORDERED.

                                                               Hon. Martin R. Goldberg
                                                               United States Magistrate Judge

Dated: 26th Day of August 2022
        Poughkeepsie, New York